**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Xzavius Demarquis Cook v. The State of Texas

Appellate case number:   01-19-00513-CR

Trial court case number: 1568441

Trial court:             176th District Court of Harris County

     Appellant's motion for extension of time to file his appellate brief is GRANTED.

Appellant's brief is due Monday, October 28, 2019.

     It is so ORDERED.


Judge's signature:     _____/s/ Russell Lloyd_____
                                  Acting individually


Date: October 1, 2019_____